# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DAVID KOBOSKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 14-CV-30-SPS |
| ) | |
| (2) SOUTHEASTERN OKLAHOMA STATE ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, David Kobosky, pursuant to Rule 41, Fed. R. Civ. Proc., hereby stipulates that the above-styled and numbered case be dismissed, without prejudice, with each party bearing its own costs and attorney fees.

Respectfully submitted,

/s/Laurie J. Miller
LAURIE J. MILLER OBA #19681
P.O. Box 720576
Norman, Oklahoma 73070
Telephone:   405/310-6133
Facsimile:   405/292-2205
Millerlaw@cox.net
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of March 2014, I electronically transmitted the attached document to the Clerk of Court using ECF System for filing and transmittal of a Notice of Electronic Filing to the following EFC registrants:

X     I hereby certify that on March 5, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a notice of Electronic Filing to the following ECF registrants:

/s/Dixie L. Coffey

See Attachment 1-ECF Notice List

/s/Laurie J. Miller
LAURIE J. MILLER